IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLIE KAMNIK, ET AL. <br> Plaintiffs | : <br> : <br> : | |
| | : | CIVIL ACTION |
| v. | : <br> : | No. 2:26-cv-01510 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, ET AL. <br> Defendants | : <br> : <br> : | JURY TRIAL DEMANDED |

**STIPULATION AND ORDER**

Plaintiffs, Carlie and Andrew Kamnik, and Defendants Commonwealth of Pennsylvania, Pennsylvania State Police, Christopher Paris, Jonathan S. Sunderlin, and Timothy J. McDonald, by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, that Plaintiffs' time to respond to Defendants' motion to dismiss shall be extended by two (2) weeks to June 9, 2026.

**ABRAMSON & DENENBERG, P.C.**

*/s/ Jason E. Parris*

Jason E. Parris, Esq.
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
P: (215) 546-1345 ext. 122
jparris@adlawfirm.com

**OFFICE OF ATTORNEY GENERAL**

*/s/ Brooke Elizabeth Newborn*

Brooke Elizabeth Newborn, Esq.
1600 Arch Street, Suite 300
Philadelphia, PA 19103
P: (215) 756-5230
bnewborn@attorneygeneral.gov

**APPROVED AND SO ORDERED**

Date: May 26, 2026

BY THE COURT:

/s/ Hon. Kelley B. Hodge

Honorable Kelley Brisbon Hodge
United States District Judge